*Mason*, for the plaintiff.

*Martin*. (Attorney General,) *Cranch*, and *T. C. Bowie*, for the defendants.

----—❊⊸——

## GENERAL COURT, MAY TERM, 1799

DORSEY's Executrix *vs.* STEVENSON's Administrator.

ERROR to Frederick county court. The judgment had been rendered by *confession* for assets *in futuro*, without any *declaration* being filed; the plaintiff's cause of action is stated in the record.

*(a)Duvall* and *Done*, J. concurring.

MAY 1799.

Dorsey
vs.
Stevenson.

THE GENERAL COURT *reversed* the judgment.

The same decision in *Green's* administrator *vs. Couden's* administrator, in two cases, one on the original judgment, and the other on *fiat* on *sci. fa.* Vide 3 *Harr. and M·Hen.* 389, 408, and *contra,* where there had been a reference to arbitrators, and an award returned, upon which judgment was rendered—*Ib.* 388.